IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**IN RE INDICTMENT**

| | |
|---|---|
| WARD CRUTCHFIELD and CHARLES LOVE, | ) ) ) ) |
| Defendants. | ) |

Cr. No. 05-20204

## ORDER SEALING INDICTMENT

Upon motion of the United States and for good cause shown, the indictment against the above-named defendants is hereby ordered sealed until the initial appearance of the first defendant or 11:00 a.m., May 26, 2005, whichever occurs first.

_____
UNITED STATES DISTRICT JUDGE

DATE: May 25, 2005

FILED IN OPEN COURT
DATE: 5/25/05
TIME: 4:00 pm
INITIALS: JPW

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20204 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT