UNITED STATES DISTRICT COURT

FILED BY _____ D.C.

05 JUN -3 AM 11: 01

Robert R. Di Trolio
Clerk of Court

Memphis    901-495-1200
Fax        901-495-1250
Jackson    901-427-6586
Fax        901-427-9210

DATE:    March 16, 2005

NOTICE TO ALL PARTIES

RE:    CRIMINAL CASE NO.    2:05cr20204 B/V
       UNITED STATES OF AMERICA vs. Ward Crutchfield

       ____ RULE 20 (Consent to Transfer of Case for Plea and
            Sentence)

       _XX_ RULE 40 TRANSFER

Documents, arrest warrant executed, hearing of initial appearance, acknowledgment of receipt and review of notice and explanation of rights, Rule 5 removal hearing waiver, Order setting conditions of release, Order to appear in district of prosecution, as to the above-named defendant, have been received from the United States District Court, Middle District of Tennessee. Please refer to document #7 in the case record.

                         Sincerely,

                         ROBERT R. Di TROLIO,
                         Clerk of Court

                         BY: _____
                              Deputy Clerk

cc: Mag. Diane K. Vescovo
    Casemanager



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20204 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT