IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
AT MEMPHIS

FILED BY _____ D.C.

05 JUN 21 AM 11: 1

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 05-CR-20204-1-B-V |
| vs. | ) | |
| | ) | |
| | ) | |
| WARD CRUTCHFIELD | ) | |

## ORDER

Upon motion of Ward Crutchfield, by and through counsel, requesting that his appearance at the June 22, 2005, report date be waived and that his attorneys be permitted to participate at said report hearing via telephone conference, good cause having been shown and no objection thereto having been made, it is so ORDERED.

ENTERED this 20 day of June, 2005.

_____
U.S. DISTRICT JUDGE DANIEL BREEN

APPROVED FOR ENTRY:

FARMER & LUNA, PLLC

By: _____
William H. Farmer, BPR # 3771
Jonathan P. Farmer, BPR # 20749
333 Union Street, Suite 300
Nashville, TN 37201
(615) 254-9146

Attorneys for Defendant

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20204 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Jonathan P. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT