IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -6  PM 4: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 05-20204-B/V |
| vs. ) | |
| ) | |
| WARD CRUTCHFIELD, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE

Upon motion of the United States, and for good cause, the time for filing of an Answer to the defendant Ward Crutchfield's Motion concerning venue is hereby extended until July 8, 2005.

_____
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

DATE: 7/6/05

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-7-05

(32)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CR-20204 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Jonathan P. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT