IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
AT MEMPHIS

FILED BY _____ D.C.

05 JUL 14 PM 4: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 05-CR-20204-1-B-V |
| | ) | |
| WARD CRUTCHFIELD | ) | |

### ORDER GRANTING MOTION TO EXTEND MOTION DEADLINE AND TO CONTINUE REPORT DATE

It appears to the Court that the Motion To Extend Motion Deadline And To Continue Report Date submitted by defendant Ward Crutchfield is well taken and should be granted. It is

**THEREFORE ORDERED, ADJUDGED AND DECREED** that the deadline for filing motions in this matter is hereby extended until October 17, 2005. It is

**FURTHER ORDERED ADJUDGED AND DECREED** that the report date for defendant Crutchfield is hereby reset for August 25, 2005 @ 8:45 a.m.

**ENTERED** this the 14th day of July, 2005.

_____
Honorable J. Daniel Breen
U.S. District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-15-05

(37)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20204 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Jonathan P. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT