IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
AT MEMPHIS

FILED BY _____ D.C.

05 OCT -6 PM 3: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
)
)
vs. ) Case No. 05-CR-20204-1-B-V
)
)
)
WARD CRUTCHFIELD )

## ORDER GRANTING MOTION TO EXTEND MOTION DEADLINE

It appears to the Court that the Motion To Extend Motion Deadline submitted by defendant Ward Crutchfield is well taken and should be granted. It is

**THEREFORE ORDERED, ADJUDGED AND DECREED** that the deadline for filing motions in this matter is hereby extended until January 17, 2006.

ENTERED this the ___6th___ day of ___October___, 2005.

_____
Honorable J. Daniel Breen
U.S. District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 79(a) FRCP on __10-7-05__

(51)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:05-CR-20204 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Jonathan P. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT